No. 00–213.  SPARKES v. BICYCLE CLUB CASINO ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–215.  SUTTON v. SUTTON ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 00–217.  LIEBER v. CADDO LEVEE DISTRICT BOARD OF COMMISSIONERS ET AL.  Ct. App. La., 2d Cir.  Certiorari denied.

No. 00–218.  KLEIN ET AL., DBA VILLAGE EXPRESSMART v. CALIFORNIA DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 00–223.  BURNETT v. TYCO CORP. ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 00–229.  GNC FRANCHISING, INC. v. JONES.  C. A. 9th Cir.  Certiorari denied.

No. 00–231.  HANDICOMP, INC. v. UNITED STATES GOLF ASSN.  C. A. 3d Cir.  Certiorari denied.

No. 00–232.  FELIS v. VERMONT.  C. A. 2d Cir.  Certiorari denied.

No. 00–235.  GIORDANO v. RIDGE, GOVERNOR OF PENNSYLVANIA, ET AL.  Sup. Ct. Pa.  Certiorari denied.

No. 00–240.  LANE ET AL. v. HUGHES AIRCRAFT CO.  Sup. Ct. Cal.  Certiorari denied.

No. 00–241.  PERRY v. BARNARD ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 00–244.  RUSSO, DBA JAY BROKERS v. DEPARTMENT OF AGRICULTURE.  C. A. 2d Cir.  Certiorari denied.

No. 00–250.  SPRAGGINS-GULLY v. CHICAGO SCHOOL REFORM BOARD OF TRUSTEES.  C. A. 7th Cir.  Certiorari denied.

No. 00–251.  KILGROE v. PACIFIC MARITIME ASSN. ET AL.  C. A. 9th Cir.  Certiorari denied.